UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RURAL CARROLL,

       Plaintiff,

                                                     Case No. 1:15-cv-5

v.

                                                     HON. JANET T. NEFF

WELLS FARGO BANK, N.A.,

       Defendant.
_____/

## ORDER TO STRIKE

On March 2, 2015, Defendant filed its Answer to Complaint, Affirmative Defenses and Counterclaim (Dkt 9). Upon review of the Answer, the Court finds that Defendant failed to comply with W.D. Mich. LCivR 8.2, which requires a responsive pleading under FED. R. CIV. P. 8(b) to recite verbatim that paragraph of the pleading, or amended pleading, to which it is responsive, followed by the response. For this reason, Defendant's Answer will be stricken. Therefore,

**IT IS HEREBY ORDERED** that Defendant's Answer to Complaint, Affirmative Defenses and Counterclaim (Dkt 9) is STRICKEN. Defendant shall file a corrected answer, complying with the court rules, <u>no later than seven (7) days from the date of this Order</u>.

Dated: March 2, 2015                                                   /s/ Janet T. Neff
                                                                              JANET T. NEFF
                                                                              United States District Judge