UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN

RURAL CARROLL,
    Plaintiff,

-vs-                                      Case No. 1:15-CV-00005
                                            Hon. Janet T. Neff

WELLS FARGO, N.A.,
    Defendant.

## STIPULATED ORDER OF DISMISSAL

Having been advised by the stipulation of the parties below, it is ordered that Rural Carroll's claims against Wells Fargo, N.A. are dismissed with prejudice and without costs, attorney fees or sanctions to any party. Further, it is ordered that Wells Fargo's N.A. counterclaim against Rural Carroll are dismissed with prejudice and without costs, attorney fees or sanctions to any party. This is the final order in this matter and closes the case.

**So ordered**.

                                                                           _____
                                                                           Honorable Janet T. Neff

Entered At _____ on _____.

Stipulated To By:

| | |
|---|---|
| <u>/s Julie A. Petrik (P47131)</u><br>Attorney For Plaintiff<br>Lyngklip & Associates Consumer Law Center, PLC<br>Southfield, MI 48075<br>PH: (248) 208-8864<br>Julie@MichiganConsumerLaw.Com | <u>/s with consent Kimberly Ruppel</u><br>Attorney for Wells Fargo, N.A.<br>Dickinson Wright PLLC<br>2600 W. Big Beaver Rd.<br>Troy, MI  48084<br>(248) 433-7291<br>kruppel@dickinsonwright.com |