UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN

RURAL CARROLL,
    Plaintiff,

-vs-                                    Case No. 1:15-CV-00005
                                          Hon. Janet T. Neff

WELLS FARGO, N.A.,
    Defendant.

### **STIPULATED ORDER OF DISMISSAL**

Having been advised by the stipulation of the parties below, it is ordered that Rural Carroll's claims against Wells Fargo, N.A. are dismissed with prejudice and without costs, attorney fees or sanctions to any party.  Further, it is ordered that Wells Fargo's N.A. counterclaim against Rural Carroll is dismissed with prejudice and without costs, attorney fees or sanctions to any party.  This is the Final Order in this matter and closes the case.

      **So ordered**.

                                                  /s/ Janet T. Neff
                                                  Honorable Janet T. Neff

Entered on   April 21, 2015  .

Stipulated To By:

| | |
|---|---|
| /s Julie A. Petrik (P47131) | /s with consent Kimberly Ruppel |
| Attorney For Plaintiff | Attorney for Wells Fargo, N.A. |
| Lyngklip & Associates Consumer Law Center, PLC | Dickinson Wright PLLC |
| Southfield, MI 48075 | 2600 W. Big Beaver Rd. |
| PH: (248) 208-8864 | Troy, MI  48084 |
| Julie@MichiganConsumerLaw.Com | (248) 433-7291 |
| | kruppel@dickinsonwright.com |